1

2
The Honorable Thomas S. Zilly

3

4

5

6

7

8
## UNITED STATES DISTRICT COURT

9
## WESTERN DISTRICT OF WASHINGTON

10
## AT SEATTLE

11

12 | AMERICAN MANAGEMENT SERVICES EAST, LLC, a Washington limited liability company, AMERICAN MANAGEMENT SERVICES, LLC, a Washington limited liability company, AMERICAN MANAGEMENT SERVICES CALIFORNIA INC., a Washington corporation, GFS RISK LLC, a Washington limited liability company, GOODMAN REAL ESTATE, INC., a Washington corporation, formerly d.b.a GOODMAN FINANCIAL SERVICES, INC., STANLEY HARRELSON, an individual, JOHN GOODMAN, an individual, PINNACLE IRWIN LLC, a Washington limited liability company, and PINNACLE MONTEREY LLC, a Washington limited liability company,

**Case No. 2:15-cv-1004-TSZ**

13

14

15

16

17

18

**STIPULATED EXHIBIT LIST FOR PURPOSES OF THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT ON THE DUTY TO DEFEND**

19
Plaintiffs,

20
vs.

21 SCOTTSDALE INSURANCE COMPANY, a Delaware corporation, and LEXINGTON INSURANCE COMPANY, a Delaware corporation,

22

23
Defendants.

24

25

STIPULATED EXHIBIT LIST ... - 1
Case No.: 2:15-cv-01004-TSZ

1034996 v1

The parties in the above-captioned matter submit the below Stipulated Exhibit List for purposes of the parties' Cross-Motions for Summary Judgment on the Duty to Defend. The corresponding exhibits are attached hereto. The parties stipulate to authenticity of the documents set forth in the Stipulated Exhibit List, but the parties reserve the right to object to the admissibility of any exhibit.

| Exhibit No. | Description |
| --- | --- |
| 1 | Lexington Insurance Company Commercial General Liability Policy No. 3470023 (effective 4/10/03-4/10/04) |
| 2 | Lexington Insurance Company Commercial General Liability Policy No. 0328814 (effective 4/10/04-4/10/05) |
| 3 | Lexington Insurance Company Commercial General Liability Policy No. 2606695 (effective 4/10/05-4/10/06) |
| 4 | Lexington Insurance Company Commercial General Liability Policy No. 6120162 (effective 4/10/06-4/10/07) |
| 5 | Lexington Insurance Company Commercial General Liability Policy No. 0631748 (effective 4/10/07-4/10/08) |
| 6 | Scottsdale Insurance Company Commercial General Liability Policy No. RBS0001646 (effective 4/10/08-4/10/09) |
| 7 | Scottsdale Insurance Company Excess Liability Policy No. XLS0050472 (effective 4/10/08-4/10/09) |
| 8 | Scottsdale Insurance Company Commercial General Liability Policy No. RBS0001718 (effective 4/10/09-4/10/10) |
| 9 | Scottsdale Insurance Company Commercial General Liability Policy No. RBS0002725 (effective 4/10/10-4/10/11) |

STIPULATED EXHIBIT LIST ... - 2
Case No.: 2:15-cv-01004-TSZ

1034996 v1

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525

| 10 | Scottsdale Insurance Company Commercial General Liability Policy No. RBS0002791 (effective 4/10/11-4/10/12) |
|----|----|
| 11 | Complaint for Declaratory Relief, Disgorgement, Accounting and Damages (including exhibits), *Fort Benning Family Communities, LLC, et al. v. American Management Services East LLC, et al.*, Superior Court of Muscogee County, Georgia, Case No. SU10CV2025-F (filed 5/20/10) |
| 12 | Amended Complaint for Declaratory Relief, Disgorgement, Accounting and Damages (including exhibits), *Fort Benning Family Communities, LLC, et al. v. American Management Services East LLC, et al.*, Superior Court of Muscogee County, Georgia, Case No. SU10CV2025-F (filed 5/28/10) |
| 13 | Second Amended Complaint for Declaratory Relief, Disgorgement, Accounting and Damages (including exhibits), *Fort Benning Family Communities, LLC, et al. v. American Management Services East LLC, et al.*, Superior Court of Muscogee County, Georgia, Case No. SU10CV2025-F (filed 8/20/10) |
| 14 | Third Amended Complaint for Declaratory Relief, Disgorgement, Accounting and Damages (including exhibits), *Fort Benning Family Communities, LLC, et al. v. American Management Services East LLC, et al.*, Superior Court of Muscogee County, Georgia, Case No. SU10CV2025-F (filed 7/12/11) |
| 15 | Fourth Amended Complaint for Declaratory Relief, Disgorgement, Accounting, Compensatory and Punitive Damages, and Attorney's Fees  (including exhibits), *Fort Benning Family Communities, LLC, et al. v. American Management Services East LLC, et al.*, Superior Court of Muscogee County, Georgia, Case No. SU10CV2025-F (filed 2/14/12) |

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525

| | |
|---|---|
| 16 | Fifth Amended Complaint for Declaratory Relief, Disgorgement, Accounting, Compensatory and Punitive Damages, and Attorney's Fees (including exhibits), *Fort Benning Family Communities, LLC, et al. v. American Management Services East LLC, et al.*, Superior Court of Muscogee County, Georgia, Case No. SU10CV2025-F (filed 8/1/12) |
| 17 | Complaint for Declaratory and Injunctive Relief (including exhibits), *Monterey Bay Military Housing, LLC, et al. v. Pinnacle Monterey, LLC*, Superior Court of Monterey County, California, Case No. M112710 (filed 6/15/11) |
| 18 | Amended Complaint for Declaratory and Injunctive Relief (including exhibits), *Monterey Bay Military Housing, LLC, et al. v. Pinnacle Monterey, LLC*, Superior Court of Monterey County, California, Case No. M112710 (filed 10/6/11) |
| 19 | Second Amended Complaint for Restitution, Disgorgement, Damages, Declaratory and Injunctive Relief (including exhibits), *Monterey Bay Military Housing, LLC, et al. v. Pinnacle Monterey, LLC*, Superior Court of Monterey County, California, Case No. M112710 (M115143) (filed 4/25/12) |
| 20 | Third Amended Complaint for Restitution, Disgorgement, Damages, Declaratory and Injunctive Relief (including exhibits), *Monterey Bay Military Housing, LLC, et al. v. Pinnacle Monterey, LLC*, Superior Court of Monterey County, California, Case No. M112710 (M115143) (filed 10/11/12) |
| 21 | Fourth Amended Complaint for Restitution, Disgorgement, Damages, Declaratory and Injunctive Relief (including exhibits), *Monterey Bay Military Housing, LLC, et al. v. Pinnacle Monterey, LLC*, Superior Court of Monterey County, California, Case No. M112710 (M115143) (filed 8/14/14) |

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525

| | |
|---|---|
| 22 | Fifth Amended Complaint for Restitution, Disgorgement, Damages, Declaratory and Injunctive Relief (including exhibits), *Monterey Bay Military Housing, LLC, et al. v. Pinnacle Monterey, LLC*, U.S. District Court, Northern Dist. of California, San Jose Division, Case No. 5:14-CV-03953 BLF (filed 4/16/15) |
| 23 | Correspondence from  David A. Farrell of Lexington to Jo Ann Garrett of the Pinnacle Family of Companies (dated 8/17/10) |
| 24 | Correspondence from David A. Farrell of Lexington to John Carrosino of the Pinnacle Family of Companies (dated 1/22/13) |
| 25 | Complaint to the Washington State Office of the Insurance Commissioner regarding Lexington (dated 8/25/14) |
| 26 | Correspondence from April N. Piniella of AIG to Barb Kelley of the Washington State Office of the Insurance Commissioner (dated 10/1/14) |
| 27 | Correspondence from Serafina Chaelen of Lexington to John Carrosino of American Management Services (dated 1/15/15) |
| 28 | Correspondence from Serafina Chaelen of Lexington to John Carrosino of the Pinnacle Family of Companies (dated 6/26/15) |
| 29 | Correspondence from Lisa S. Doyle of Scottsdale to Jennifer Kohout of American Management Services (dated 8/17/10) |
| 30 | Correspondence from Alan B. Yuter of Selman Breitman to American Management Services LLC (dated 1/11/13) |
| 31 | Correspondence from Linda Foreman to Alan B. Yuter of Selman Breitman (dated 4/5/13) |
| 32 | Correspondence from Alan B. Yuter of Selman Breitman to Linda Foreman (dated 4/11/13) |

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525

| | |
|---|---|
| 33 | Complaint to the Washington State Office of Insurance Commissioner regarding Scottsdale (dated 8/25/14) |
| 34 | Correspondence from Alan B. Yuter to Barb Kelley of the Washington State Office of the Insurance Commissioner (dated 9/24/14) |
| 35 | Correspondence from Alan B. Yuter of Selman Breitman to Linda Foreman (dated 12/2/14) |
| 36 | Correspondence from Douglas A. Greer of Selman Breitman to Linda Foreman (dated 6/10/15) |
| 37 | Affidavit of Deena Guinard (dated 10/24/13) |
| 38 | Affidavit of Jacqueline Mackey (dated 10/20/11) |
| 39 | Affidavit of Charles Yance (dated 10/19/11) |
| 40 | Affidavit of Kim Alesi (dated 1/22/13) |
| 41 | Affidavit of George Boomer (dated 1/22/13) |
| 42 | Affidavit of Krystal Centers (dated 8/2/13) |
| 43 | Affidavit of Dane Smith (dated 4/1/13) |
| 44 | Affidavit of Patricia Zyzyk (dated 2/15/12) |
| 45 | Affidavit of Wanda Gotay (dated 1/22/13) |
| 46 | Declaration of Joshua Merrill (dated 12/1/11) |
| 47 | Declaration of Alanso Arias (dated 8/5/14) |
| 48 | Declaration of Harold Hernandez (dated 6/10/14) |

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525

| | |
|---|---|
| 49 | Declaration of Paul David Cramer in Support of Plaintiffs' Motion to Dissolve Preliminary Injunction Pursuant to Federal Rule of Civil Procedure 59(e), *Monterey Bay Military Housing, LLC, et al. v. Pinnacle Monterey, LLC*, U.S. District Court, Northern Dist. of California, San Jose Division, Case No. 5:14-CV-03953 BLF (filed 3/24/15) |
| 50 | Correspondence from Jo Ann Garrett to Russell Bank of Mercator (dated 7/31/10) |
| 51 | General Liability Notice of Occurrence/Claim (dated 8/2/10) |
| 52 | Correspondence from Russell Bank of Mercator to Jeff Johnson of Scottsdale (dated 8/2/10) |
| 53 | Correspondence from Lisa Doyle to Jo Ann Garrett (dated 8/5/10) |
| 54 | Memorandum from Tom Eyler to John Carrosino (dated 11/12/12) |
| 55 | Correspondence from Linda Foreman to Douglas A. Greer of Selman Breitman (dated 9/18/14) |
| 56 | Correspondence from Linda Foreman to Douglas A. Greer of Selman Breitman (dated 9/24/14) |
| 57 | Correspondence from Linda Foreman to Douglas A. Greer of Selman Breitman (dated 10/4/14) |
| 58 | Correspondence from Linda Foreman to Douglas A. Greer of Selman Breitman (dated 10/6/14) |
| 59 | Correspondence from Linda Foreman to Douglas A. Greer of Selman Breitman (dated 10/23/14) |
| 60 | Correspondence from Linda Foreman to Douglas A. Greer of Selman Breitman (dated 10/29/14) |

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525

| 61 | Correspondence from Kyle Sturm to Alan B. Yuter of Selman Breitman (dated 4/15/15) |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 5th day of November, 2015.

**BALL JANIK LLP**

*s/Kyle A. Sturm*
Kyle A. Sturm, *Admitted pro hac vice*
ksturm@balljanik.com
James C. Prichard, WSBA #30077
jprichard@balljanik.com
Kevin S. Mapes, WSBA #40416
kmapes@balljanik.com
Nicholas A. Thede, WSBA #43765
nthede@balljanik.com
101 SW Main Street, Suite 1100
Portland, OR 97204
Tel:  503.228.2525 / Fax: 503.295.1058
Attorneys for Plaintiffs

**BOWERS FOREMAN PLLC**

*s/ Linda L. Foreman*
Linda L. Foreman, WSBA #11817
linda@lindaforeman.com
5825 60th Street SE
Snohomish, WA 98290
Tel:  425.377.1100
Attorneys for Plaintiffs

STIPULATED EXHIBIT LIST ... - 8
Case No.: 2:15-cv-01004-TSZ

1034996 v1

BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
Telephone 503-228-2525

1

**OGDEN MURPHY WALLACE, PLLC**

2

3          *s/Geoff Bridgman*
           Geoff Bridgman, WSBA #25242
4          gbridgman@omwlaw.com
           Tracy N. Grant, WSBA #40877
5          tgrant@omwlaw.com
           901 Fifth Avenue, Suite 3500
6          Seattle, WA 98164
           Tel: 206.447.7000 / Fax:  206.447.0215
7          Attorney for Defendant Scottsdale Ins. Co.

8          **SELMAN BREITMAN, LLP**

9

10         *s/ Peter Mintzer*
           Peter Mintzer, WSBA #19995
11         pmintzer@selmanlaw.com
           800 Fifth Avenue, Suite 4100
12         Seattle, WA 98104
           Tel:  206.447.6461 / Fax: 206.588.4185
13         Attorneys for Defendant Scottsdale
           Insurance Company
14

15         **ANDREWS SKINNER, P.S.**

16

17         *s/ Stephen Skinner*
           Stephen Skinner, WSBA #17317
18         stephen.skinner@andrews-skinner.com
           645 Elliott Avenue W., Suite 350
19         Seattle, WA 98119
           Tel:  206.223.9248/Fax: 206.623.9050
20         Attorneys for Defendant Lexington
           Insurance Company
21

22

23

24

25

STIPULATED EXHIBIT LIST ... - 9
Case No.: 2:15-cv-01004-TSZ

1034996 v1

1

## CERTIFICATE OF SERVICE

2          I hereby certify that I served a full, true and correct copy of the foregoing Stipulated

3   Exhibit List For Purposes of the Parties' Cross-Motions for Summary Judgment on The Duty to

4   Defend by:

5         ☐  U.S. Postal Service
            ☒  Electronically, utilizing CM/ECF

6         ☐  Facsimile
            ☐  Arranging for hand delivery [as indicated]

7         ☐  Overnight mail
            ☐  Electronic mail, via Outlook

8

9   addressed to the following named person(s) at their last known address(es):

10  Stephen G. Skinner, WSBA No. 17317       Peter Mintzer, WSBA No. 19995
     Andrews Skinner, P.S.                Selman Breitman, LLP

11  645 Elliott Ave. W., Ste. 350          800 5th Ave., Ste. 4100
     Seattle, WA 98119                 Seattle, WA 98104

12  206-223-9248                     T: 206-447-6461
     206-623-9050                     F: 206-588-4185

13  Stephen.skinner@andrews-skinner.com    pmintzer@selmanlaw.com

14  Attorneys for Lexington Insurance Company    Geoff Bridgman, WSBA No. 25242

15                                   Tracy N. Grant, WSBA No. 40877
                                 Mary Knack, WSBA No. 26945

16                                   Ogden Murphy Wallace, PLLC
                                 901 5th Ave., Ste. 3500

17                                   Seattle, WA 98164-2008
                                 T: 206-447-7000

18                                   F: 206-447-0215
                                 gbidgman@omwlaw.com

19                                   tgrant@omwlaw.com
                                 mknack@omwlaw.com

20

21                               Attorneys for Scottsdale Insurance Company

22      DATED: November 5, 2015       BALL JANIK LLP

23                             By: s/Kyle A. Sturm
                               Kyle A. Sturm, admitted *pro hac vice*

24                             OSB No. 080214
                             James C. Prichard, WSBA No. 30077

25                             jprichard@balljanik.com

                             Attorneys for Plaintiffs

CERTIFICATE OF SERVICE - 1
Case Number: C15-1004-TSZ

1017858\v1