UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMERICAN MANAGEMENT
SERVICES EAST LLC, et al.,

  Plaintiffs,

v.

SCOTTSDALE INSURANCE
COMPANY, et al.,

  Defendants.

C15-1004 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Scottsdale Insurance Company's motion to dismiss, docket no. 25, is DENIED. Plaintiffs have stated a claim under RCW 48.30.015(1). *See Workland & Witherspoon, PLLC v. Evanston Ins. Co.*, 2015 WL 6553877 (E.D. Wash. Oct. 29, 2015); *Cedar Grove Composting, Inc. v. Ironshore Specialty Ins. Co.*, 2015 WL 3473465 (W.D. Wash. June 2, 2015); *City of Bothell v. Berkley Reg'l Specialty Ins. Co.*, 2014 WL 5110485 (W.D. Wash. Oct. 10, 2014).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of November, 2015.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1